UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

ELIZABETH VERMETT,   Case No. 07-63647-WSD
                     Honorable WALTER SHAPERO
    Debtor.   Chapter 7

5456 Michael Dr.
Ypsilanti, MI 48197
SSN: 0039
_____/

## LEASE ASSUMPTION AGREEMENT

I agree to assume the Lease Agreement ("Lease"), described below (See Description of Lease), with Ford Motor Credit Company LLC, ("Creditor") pursuant to 11 U.S.C. §365(p) and agree to make the monthly payments, listed below (See Payments Due Under Lease) required under the Lease, which is hereby incorporated by reference. I further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, excess wear and use, and any other amounts required by the Lease. I agree to obtain and/or consent to an order from the Bankruptcy Court assuming the Lease as my personal obligation and agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

**Description of Lease**

Lease Date: 07/01/2006    Vehicle Description: 2006 Ford Freestyle (VIN: 1FMZK02176GA59419)

Account No.: 9337

**Payments Due Under Lease**

The next monthly lease payment under the lease is due on February 1, 2008. I agree to continue to make my monthly lease payments as required under the Lease on the 1st day of each month until the lease termination date. The lease termination date is: July 1, 2008. In addition to my normal monthly payments, I agree to cure the default, if any, listed below:

Payments on the Lease ☒ are ☐ are not in default.

2 payments are in default for a total default of $395.00 for the months of December 1, 2007 and January 1, 2008. Any arrearages shall be cured within 14 days of the filing of this Agreement.

I will pay $200.00 a month for 5 months according to the terms and conditions of the Lease Agreement.

I assume the Lease through this Lease Assumption Agreement. Date: _____

/s/ Elizabeth Vermett
    Lessee (Debtor)                                    Co-Lessee (Co-Debtor)

Approved by Debtor's Attorney:   /s/ Michelle M. Guzowski           Date:   February 11, 2008

Accepted by Creditor by its Attorney or Agent: /s/ Ryan R. Ludman    Date:   February 19, 2008

Printed or Typed Name:   Ryan R. Ludman