UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN RE: | CASE NO: 07-63647 |
| | CHAPTER: 7 |
| **ELIZABETH VERMETT** | JUDGE: SHAPERO |
| Debtor(s). | |
| _____/ | |

### NOTICE OF MOTION TO RE-OPEN CHAPTER 7 CASE TO ALLOW FOR THE FILING OF THE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND TO ALLOW FOR ENTRY OF THE DISCHARGE ORDER

The Debtor has filed papers with the court to reopen her Chapter 7 case to allow for entry of **CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE**.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, **within 15 days**, you or your attorney must:

1. File with the court a written response or an answer that complies with F.R.Civ.P. 8(b)(c) and (e), explaining your position at:

   **United States Bankruptcy Court**
   **211 W. Fort Street, Suite 2100**
   **Detroit, Michigan 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before 15 days after the date stated below.

You must also mail a copy to:

| **Frego & Brodsky, P.L.C.** | **Douglas Ellmann** | **Elizabeth Vermett** |
| **Attorneys for Debtor** | **Chapter 7 Trustee** | **5456 Michael Dr.** |
| **23843 Joy Road** | **308 West Huron** | **Ypsilanti, MI 48197** |
| **Dearborn Heights, MI 48127** | **Ann Arbor, MI 48103** | |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Dated: 05/15/08 | /s/ Glen T. Turpening |
| | Glen T. Turpening |
| | Frego & Brodsky, P.L.C. |
| | Attorneys for Debtor |
| | 23843 Joy Road |
| | Dearborn Heights, MI 48127 |

**EXHIBIT 2**