UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:  
CASE NO: 07-63647  
CHAPTER: 7  
ELIZABETH VERMETT  
JUDGE: TUCKER

Debtor(s).

_____ /

## CERTIFICATE OF SERVICE

I, **Christina LaMothe,** hereby certify that on **5/17/08**, I electronically filed the **DEBTOR'S MOTION TO RE-OPEN CHAPTER 7 CASE TO ALLOW FOR THE FILING OF THE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND TO ALLOW FOR ENTRY OF THE DISCHARGE ORDER, the CORRECTED NOTICE OF THE MOTION, and EXHIBIT 1: PROPOSED ORDER** with the clerk of the court using the ECF System which will send notification of such filing to the following:

/s/ Christina LaMothe  
Christina LaMothe

And I, **Peter Ramik**, hereby certify that I electronically filed this **CERTIFICATE OF SERVICE**, and mailed by US. POSTAL Service the **DEBTOR'S MOTION TO RE-OPEN CHAPTER 7 CASE TO ALLOW FOR THE FILING OF THE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND TO ALLOW FOR ENTRY OF THE DISCHARGE ORDER, the CORRECTED NOTICE OF THE MOTION, and EXHIBIT 1: PROPOSED ORDER** on **5/19/08**, to the following non- ECF Participants:

**ATTACHED PACER MATRIX**

Peter J. Ramik, Jr.  
FREGO & BRODSKY, P.L.C.  
23843 JOY RD.  
Dearborn Hts. MI. 48127  
FregoJames@aol.com  
313-565-4252

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 07-63647-wsd<br>Eastern District of Michigan<br>Detroit<br>Sat May 17 10:15:00 EDT 2008 | 1st Federal Credit Control<br>24700 Chagrin Blvd.<br>Ste. 205<br>Beachwood OH 44122-5662 | 1st USA<br>P.O. Box 94014<br>Palatine IL 60094-4014 |
| American Express<br>P.O. Box 0001<br>Los Angeles CA 90096-8000 | American Profit Recovery<br>34405 W. 12 Mile Road #379<br>Farmington MI 48331-5608 | Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington DE 19886-5710 |
| Bank of America<br>P.O. Box 15726<br>Wilmington DE 19886-5726 | Chase<br>Cardmember Service<br>P.O. Box 94014<br>Palatine IL 60094-4014 | Chase<br>National Payment Services<br>P.O. Box 182223<br>Dept. OH1-1272<br>Columbus OH 43218-2223 |
| Citi<br>P.O. Box 6000<br>The Lakes NV 89163-0001 | Citizen's<br>Dept. CH0096<br>Palatine IL 60055-0001 | Countrywide<br>P.O. Box 650070<br>Dallas TX 75265-0070 |
| Coutnrywide<br>P.O. Box 650070<br>Dallas TX 75265-0070 | Douglas Ellmann<br>308 West Huron<br>Ann Arbor, MI 48103-4204 | Ford Credit<br>P.O. Box 530791<br>Livonia MI 48153-0791 |
| Ford Motor Credit Company LLC<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, MI 48255-0001 | James P. Frego II<br>23843 Joy Road<br>Dearborn Heights, MI 48127-1480 | GM Cardmember Services<br>Dept. 9600<br>Carol Stream IL 60128-9600 |
| IHA Of Ann Arbor<br>P.O. Box 131189<br>Ann Arbor MI 48113-1189 | Ryan Richard Ludman<br>903 N. Opdyke Rd.<br>Suite C<br>Auburn Hills, MI 48326-2693 | Merchants & Medical<br>6324 Taylor Drive<br>Flint MI 48507-4685 |
| Mstrs Green<br>4655 Magellan<br>Novi MI 48377 | NCO Financial<br>P.O. Box 15760<br>Wilmington DE 19850-5760 | NCO Financial Systems, Incl<br>507 Prudential Road<br>Horsham PA 19044-2368 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Walter Shapero.Detroit<br>2<br>Room 1042<br>U.S. Courthouse<br>231 W. Lafayette<br>Detroit, MI 48226-2799 | St. Joseph Mercy Health System<br>5301 Huron River Drive<br>Ann Arbor MI 48103 |
| U of M School of Dentistry<br>P.O. Box 223129<br>Pittsburgh PA 15251-2129 | U.S. Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit MI 48226-3263 | Elizabeth Vermett<br>5456 Michael Dr.<br>Ypsilanti, MI 48197-6770 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Express
P.O. Box 0001
Los Angeles CA 90096-0001

(d)Chase Cardmember Service
P.O. Box 94014
Palatine IL 60094-4014

(u)Ford Motor Credit Company LLC

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32